ROB BONTA
Attorney General of California
TODD GRABARSKY
Supervising Deputy Attorney General
KRISTEN C.A. KIDO
State Bar No. 335667
NANDING CHEN
State Bar No. 348808
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6528
Fax: (916) 731-2124
E-mail: Kristen.Kido@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official Capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 2:26-cv-12370<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RESPONSIVE PLEADINGS**<br><br>Date: December 14, 2026<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu<br><br>Action Filed: October 22, 2026 |

**STIPULATION**

Plaintiff NetChoice and Defendant Rob Bonta, in his official capacity as Attorney General of California (together, the "Parties"), by and through their counsel, HEREBY STIPULATE TO THE FOLLOWING:

1. This case involves a challenge to the constitutionality of California Assembly Bill No. 56 ("AB 56"), which was enacted on October 13, 2025 and added Sections 28000-28002 to the California Health and Safety Code. Cal. Health

& Safety Code §§ 28000-28002 (2025). AB 56 is known as the "Social Media Warning Law," and it requires certain "covered platforms" to display a "black box warning" to users (except those "reasonably determined" to be older than 17 years of age) with the following statement: "The Surgeon General has warned that while social media may have benefits for some young users, social media is associated with significant mental health harms and has not been proven safe for young users." *Id.* § 28002.

2. AB 56 goes into effect on January 1, 2027.

3. On October 22, 2026, Plaintiff filed its Complaint in this action, seeking to declare unconstitutional and enjoin enforcement of AB 56 as an impermissible requirement to compel private speech. Plaintiff's counsel provided the Attorney General's office a copy of the Complaint by email the same day, requesting an opportunity to confer with Defendant's counsel once assigned.

4. On October 27, 2026, the Parties met and conferred regarding potential litigation paths, including that Plaintiff might file a Motion for Preliminary Injunction requesting relief on or before AB 56's January 1, 2027 effective date. Plaintiff offered to forgo filing a motion for preliminary injunction requesting relief before January 1, 2027, if the Attorney General would agree to not to enforce AB 56 during the pendency of either (1) the Parties' cross-motions for summary judgment, or, in the alternative, (2) during the pendency of a motion for preliminary injunction that Plaintiff would file the week of November 2, 2026, on a stipulated briefing schedule that could extend past January 1. Defendant declined those offers.

5. On November 4, 2026, Plaintiff filed a Motion for Preliminary Injunction. The Parties agreed to stipulate to a briefing and hearing schedule for the Motion for Preliminary Injunction, and to an extension of Defendant's deadline to file a response to the Complaint.

6. Plaintiff is available for all hearing dates in December and can accommodate any briefing schedule imposed by the Court.

IT IS SO STIPULATED by and between the Parties, through their counsel, and subject to the Court's approval, that:

- Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction will be filed on or before December 2, 2026.
- Plaintiff's Reply in support of its Motion for Preliminary Injunction will be filed on or before December 8, 2026.
- The Motion for Preliminary Injunction will be heard at 8:30 a.m. in Courtroom 9D, 9th Floor on December 14, 2026, or as soon thereafter as determined by the Court.
- Defendant's deadline to file a response to the Complaint is extended to 30 days after a ruling on the Motion for Preliminary Injunction is entered.

Dated: November 5, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
TODD GRABARSKY
Supervising Deputy Attorney General
NANDING CHEN
Deputy Attorney General

*/s/ Kristen C.A. Kido*

KRISTEN C.A. KIDO
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

LEHOTSKY COHN LLP
STEVE P. LEHOTSKY

*/s/ Jeremy E. Maltz*

JEREMY E. MALTZ
*Attorneys for Plaintiff NetChoice*

BENBROOK LAW GROUP, PC

*/s/ Bradley A. Benbrook*

BRADLEY A. BENBROOK
*Attorneys for Plaintiff NetChoice*

**ECF ATTESTATION**

I, Kristen C.A. Kido, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that concurrence in the filing of this document has been obtained by the above signatories.

Dated: November 5, 2026

By: */s/ Kristen C.A. Kido*
Kristen C.A. Kido

# CERTIFICATE OF SERVICE

Case Name: **NetChoice v. Rob Bonta** No. **2:26-cv-12370**

I hereby certify that on November 5, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RESPONSIVE PLEADINGS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 5, 2026, at Los Angeles, California.

| | |
|---|---|
| Janice Park | Janice |
| Declarant | Signature |

SA2026305579