IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE,**<br>Plaintiff,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant. | Case No. CV 26-12370-GW-DSRx<br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RESPONSIVE PLEADINGS** |

On November 5, 2026, the Parties filed a Stipulation to set a briefing schedule for Plaintiff's Motion for Preliminary Injunction and responsive pleadings. The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

- Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction will be filed on or before December 2, 2026.
- Plaintiff's Reply in support of its Motion for Preliminary Injunction will be filed on or before December 8, 2026.
- The Motion for Preliminary Injunction will be heard at 8:30 a.m. in Courtroom 9D, 9th Floor on December 14, 2026.

- Defendant's deadline to file a response to the Complaint is extended to 30 days after a ruling on the Motion for Preliminary Injunction is entered.

IT IS SO ORDERED.

Dated: November 6, 2026

HON. GEORGE H. WU,
United States District Judge